Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ADEAN HILL, an individual, | Case No.: 2:25-cv-04332-JFW-AJR |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ELITE LEGAL PRACTICE, P.C., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that ADEAN HILL ("Plaintiff") and ELITE LEGAL PRACTICE, P.C., ("Defendant" or together, "Parties"), in the above-captioned case have reached a settlement on an individual basis. The Parties request that the Court maintain jurisdiction and set the deadline to complete the settlement within 30 days or by July 5, 2025.

Respectfully submitted,

Dated: June 5, 2025          By:   /s/ Mark L. Javitch
                                   Mark L. Javitch (CA SBN 323729)
                                   Javitch Law Office
                                   3 East 3rd Ave. Ste. 200

San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*